IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC ALLEN WIREMAN,

    Plaintiff,

v.                                                                        4:23cv287–WS/MJF

WAKULLA COUNTY SHERIFFS
OFFICE, and GENESYS,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 6) docketed September 25, 2023. The magistrate judge recommends that this case be dismissed without prejudice for failure to pay the filing fee, to prosecute, and to comply with court orders. Plaintiff has filed no objections to the report and recommendation.

Upon review of the record, the undersigned has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 6) is ADOPTED and incorporated by reference in this order of the court.

2. Plaintiff's complaint, and this action, are hereby DISMISSED without prejudice for failure to prosecute, failure to comply with court orders, and failure to pay the filing fee.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this   20th   day of   October  , 2023.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE

The court having reviewed the record,